UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL MAYHEW,

    Plaintiff,

-vs-                                            Case No. 6:04-cv-511-Orl-28DAB

THE MURPHY ORGANIZATION, INC.,
WILLIAM J. MURPHY,

    Defendants.

---

## ORDER

This cause is before the Court on Plaintiff's Motion for Partial Summary Judgment (Doc. 15) as to Count I of his Complaint, which alleges that Defendants "repeatedly and willfully violated Section 7 and Section 15 of the Fair Labor Standards Act ["FLSA"] by failing to compensate Plaintiff at a rate not less than one and one-half times the regular rate at which he was employed for workweeks longer than forty (40) hours" (Doc. 1 ¶ 12). Upon consideration of Plaintiff's motion, Defendants' memorandum in opposition (Doc. 19), and the record in this matter, the Court determines that material issues of fact remain to be resolved before it may determined whether Plaintiff was a qualified employee whom Defendant deprived of overtime pay in violation of the FLSA. Accordingly, Plaintiff's motion (Doc. 15) is **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this _11_ day of July, 2005.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party